UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22-50179 |
| Plaintiff, | FACTUAL BASIS STATEMENT |
| vs. | |
| JESUS GONZALEZ-CISNEROS, | |
| Defendant. | |

The Defendant states the following facts are true, and the parties agree they establish a factual basis for the offense to which the Defendant is pleading guilty pursuant to Federal Rule of Criminal Procedure 11(b)(3):

On September 27, 2022, in the District of South Dakota, the defendant, Jesus Gonzalez-Cisneros, a citizen of Mexico, had contact with law enforcement in Rapid City, South Dakota. Gonzalez-Cisneros had been previously deported from the United States on six different occasions, the last being on or about November 26, 2016, through Nogales, Arizona. After being deported from the United States, Gonzalez-Cisneros voluntarily and knowingly entered the United States. Gonzalez-Cisneros had not obtained the consent of the Secretary of the United States Department of Homeland Security or the Attorney General of the United States to apply for lawful admission into the United States.

The parties submit that the foregoing statement of facts is not intended to be a complete description of the offense or the Defendant's involvement in it. Instead, the statement is offered for the limited purpose of satisfying the requirements of Fed. R. Crim. P. 11(b)(3). The parties understand that additional

information relevant to sentencing may be developed and attributed to the Defendant for sentencing purposes.

|  |  |
|---|---|
|  | ALISON J. RAMSDELL<br>United States Attorney |
| November 3, 2022<br>Date | _____<br>KELSEY BLAIR<br>Assistant United States Attorney<br>515 9th Street #201<br>Rapid City, SD 57701<br>Telephone: (605) 342-7822<br>E-Mail: Kelsey.Blair@usdoj.gov |
| 11-3-22<br>Date | _____<br>JESUS GONZALEZ-CISNEROS<br>Defendant |
| 11-3-22<br>Date | _____<br>THOMAS DIGGINS<br>Attorney for Defendant |