# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# WESTERN DIVISION

Jeffrey L. Viken United States District Judge Presiding

| | |
|---|---|
| Courtroom Deputy - KLE | Court Reporter – Sheri Not Help Him |
| Courtroom - RC #1 | Date – February 27, 2023 |
| U.S. Probation Officer – Kali Nuttal | |

### 5:22-cr-50179-01

| | |
|---|---|
| United States of America | Kelsey Blair |
| Plaintiff, | |
| vs. | |
| Jesus Gonzalez-Cisneros | Thomas Diggins |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 1:30 PM

TIME:

            Federally Certified Interpreter, Laura Garcia-Hein, affirmed.

10:57 a.m.    Enter non-evidentiary Sentencing hearing

            Sentence:  12 months with no supervision to follow

            The Court advises the defendant of his appeal rights

11:10 a.m.    Court Adjourned